◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DESIREE M. DIETZ, Appellant. [55 NYS3d 904]—Appeal by the defendant, as limited by her brief, from a sentence of the Supreme Court, Suffolk County (Ambro, J.), imposed April 25, 2016, upon her plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant knowingly, voluntarily, and intelligently waived her right to appeal (*see People v Bryant*, 28 NY3d 1094 [2016]; *People v Sanders*, 25 NY3d 337, 339-342 [2015]; *People v Lopez*, 6 NY3d 248, 256-257 [2006]). The defendant's valid waiver precludes appellate review of her contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d at 255-256; *People v Kilpatrick*, 148 AD3d 1183 [2017]). Eng, P.J., Leventhal, Sgroi and Maltese, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN D. GREEN, Appellant. [55 NYS3d 906]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Dutchess County (Greller, J.), imposed October 7, 2015, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

Contrary to the defendant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Leventhal, Sgroi, Cohen and Miller, JJ., concur.